**Registration Number**

# VAu 1-527-865

**Effective Date of Registration:**
March 22, 2024
**Registration Decision Date:**
June 05, 2024

## Copyright Registration for a Group of Unpublished Works
Registration issued pursuant to 37 C.F.R. § 202.4(c)

## Title

| | |
|---|---|
| **Title of Group:** | Socket Set-1 and 5 Other Unpublished Works |
| **Content Title:** | Socket Set-1 |
| | Socket Set-2 |
| | Socket Set-3 |
| | Socket Set-4 |
| | Socket Set-5 |
| | Socket Set-6 |

## Completion/Publication

**Year of Completion:** 2023

## Author

- **Author:** Changzhou Yichen Trading Co., Ltd
- **Author Created:** Photographs
- **Work made for hire:** Yes
- **Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** Changzhou Yichen Trading Co., Ltd
Room 2227, No. 5-2201, Changfa Commercial Plaza, Xinbei District, Changzhou City, Jiangsu Province

## Rights and Permissions

**Organization Name:** Changzhou Yichen Trading Co., Ltd
**Address:** Room 2227, No. 5-2201, Changfa Commercial Plaza

Page 1 of 2

Xinbei District
Changzhou City, Jiangsu Province  China

## Certification

| | |
|---:|:---|
| **Name:** | Ying Huang |
| **Date**: | March 22, 2024 |

**Correspondence:** Yes

**Copyright Office notes:** Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization.

Basis for Registration: Registration does not extend to any useful article depicted. Registration extends to deposited  photographs only. 17 USC 101, 102 (a), and 113.

Case 2:26-cv-00227     Document 3 *SEALED*     Filed 02/06/26     Page 3 of 7



Case 2:26-cv-00227    Document 3 *SEALED*    Filed 02/06/26    Page 4 of 7



Case 2:26-cv-00227    Document 3 *SEALED*    Filed 02/06/26    Page 5 of 7



Case 2:26-cv-00227    Document 3 *SEALED*    Filed 02/06/26    Page 6 of 7



Case 2:26-cv-00227    Document 3 *SEALED*    Filed 02/06/26    Page 7 of 7

