## SCHEDULE A

| No. | Seller Name | URL |
|---|---|---|
| 1 | QUALITYLINK | https://www.temu.com/64pcs-3-8-socket-set-drive-impact-socket-set-sae-metric-deep-shallow-cr--6-point-with-adapters-72t-ratchet-handle-extension-bars-bit-adapter-6-24mm-5-16-1-inch--gift-fathers-day-gift-g-601101601915233.html?_oak_name_id=634864712097100 |
| 2 | QUALITY LINKS | https://www.temu.com/29pcs-1-2-socket-set-drive-deep-impact-socket-set-including-3--impact-extension-bar-standard-sae-3-8-1-and-metric-10mm-24mm-cr--vehicle-maintenance-parts-removal-with-storage-box-easy-to-carry-good-gifts-g-605616240194066.html?_oak_mp |
| | | https://www.temu.com/64pcs-heavy-duty-impact-socket-set-compatible-for-sae-metric--3-8-drive-with-deep-shallow-sockets-72-tooth-ratchet-extension-bars-bit-adapter-cr--impact-drives-64pcs-complete-kit-ideal-for--g-605755189122142.html?_oak_mp_inf=EN6o%2Bfb |
| 3 | JOYSEA | https://www.temu.com/3-8-drive-impact-socket-set-64pcs-drive-impact-heavy-duty-socket-set-metric-sae-chrome-vanadium-steel-with-72t-ratchet-handle-extension-bar-universal-joint-drill-adapter-6-24mm-5-16-1-inch-nice-gift-g-601099549943699.html?_oak_name_id |
| | | https://www.temu.com/3-8-socket-set-64pcs-drive-impact-heavy-socket-set-metric-sae-with-72t-ratchet-handle-extension-bars-universal-joint-bit-adapter-6-24mm-5-16-1-inch-nice-gifts-mechanic-tools-professional-toolkit-ergonomic-handle-metric-sae-sockets-imp |
| 4 | JOYSEAX | https://www.temu.com/64pcs-3-8-drive-impact-socket-set-heavy-duty-sae-metric-high---72t-ratchet-extension-bars-universal-joint-bit-adapter-6-24mm-5-16-1-inch-ideal-gift-g-601100033083213.html?_oak_name_id=318237188461665193&_oak_mp_inf=EM2OyY%2Bo1ogBGiA2Y |
| | | https://www.temu.com/a-set-29pcs-1-2-drive-deep-impact-socket-premium-alloy-steel-sae-3-8-1-metric-10mm-24mm-sizes-3--impact-extension-bars-reliable-and-durable-nice-gifts-without-battery-g-601101255845922.html?_oak_name_id=5161173191405726398&_oak_mp_inf |

| | | |
|---|---|---|
| | | https://www.temu.com/64pcs-heavy-duty-impact-socket-set-compatible-for-metric-sae-with-72-tooth-ratchet-extension-bars-joint-bit-adapter-professional-home-mechanic-kit--resistant-powder-coated-sockets-64pcs-drive-impact-g-601105809015486.html?_oak_mp_inf= |
| 5 | PD STAR | https://www.temu.com/3-8-drive-impact-socket-set-64pcs-standard-sae-5-16-1-metric-6mm-24mm-deep-shallow-72-tooth-ratchet-wrench-1-2-f-to-3-8-m-reducer-extension-bars-universal-joint-power-drill-adapter-christmas-gift-g-601105391291125.html?_oak_name_id=20 |
| 6 | SUNWAY TECH | https://www.temu.com/red-3-8-64pcs-socket-set-g-601100511781447.html?_oak_mp_inf=EMfE6vOp1ogBGiA2YmYzN2UzMjJkYjI0N2EwYjNlMmM3MjM1NDVhNzFlZSDTvcKjrDM%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2F32c72683-fce6-4413-9dc1-61b008ae2a64.jp |
| 7 | QUALITYLINK | https://www.amazon.com/64-Piece-Shallow-Ratchet-Extension-Universal/dp/B0FDF178M2/ref=sr_1_8?dib=eyJ2IjoiMSJ9.CtjKuRf-Sd1oPMARc2pCTrxIDqbyUMF46dL0aMbQTBCHUUFyEejIFAZcoNSncMd1uHJB5fLLM3SDRY4bBApY7nRrEM4rlSR_vXnORjJzOgBvrbhzk7Z6Z5P4mTx4k3-WAWnrMjzsbuYqzQH0Z |
| | | https://www.amazon.com/64-Piece-Shallow-Ratchet-Extension-Universal/dp/B0F8VHKSPL/ref=sr_1_17?dib=eyJ2IjoiMSJ9.1QajQHWDMJLjStizZL6mfw.kj512FQZCOLk5dsKBl4lQMVeyf4ZYwURGZ4yfSVFG70&dib_tag=se&m=A1NX9SX7KSQZU4&marketplaceID=ATVPDKIKX0DER&nsdOptOutParam=true&q |